**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**DOUGLAS COLEMAN,**

**Petitioner,**

**v.**

**BRAINERD HOSPITAL,**

**Respondent.**

**Civil No. 01-1044 (ADM/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 14, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's Application To Proceed Without Prepayment Of Fees, (Docket No. 3), is DENIED; and

2. Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, (Docket No. 1), is DISMISSED WITHOUT PREJUDICE.

DATED: July 18, 2001.

Judge Ann D. Montgomery
United States District Court Judge

JUL 19 2001
FILED
RICHARD ... TEN, CLERK